# Court of Appeals
# of the State of Georgia

ATLANTA, __October 09, 2012__

*The Court of Appeals hereby passes the following order:*

**A13A0160. FRIDA NIBA v. MOHAMED AHMED MOHSEN.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Frida Niba appealed the magistrate court's decision to the superior court. The superior court subsequently entered judgment against Niba, who filed a notice of direct appeal to this Court.

We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Niba was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, __10/09/2012__
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.


_____ , *Clerk.*